■ LAWRENCE W. BRIDGES, Appellant, v PLATZNER MANAGEMENT CO., INC., Respondent, and MAYLOC ASSOCIATES, Defendant and Third-Party Plaintiff-Respondent. SHELDON ASSETS, INC., et al., Third-Party Defendants-Respondents.—Appeal by the plaintiff from an order of the Supreme Court, Westchester County, dated May 21, 1986.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Dachenhausen at Special Term. Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.